IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

NORTHEASTERN DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 99-B-0280-NE
)
BETTIE L. BENNETT )
a/k/a Bettie Lee Bennett, )
)
    Defendant. )

**ENTERED**
APR 20 1999

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by an amended affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Bettie L. Bennett a/k/a Bettie Lee Bennett, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on February 16, 1999; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant, Bettie L. Bennett a/k/a Bettie Lee Bennett, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant, Bettie L. Bennett a/k/a Bettie Lee Bennett, is indebted to Plaintiff in the principal sum of $2,793.79, U.S. Marshal costs of $59.50, administrative/collection costs of $39.17, court costs of $150.00 pursuant to 28 U.S.C. § 2412 (a)(2), accrued interest of $2,191.93 as of April 15, 1999, plus interest at the prevailing legal rate from the date of

judgment.

4. Plaintiff is due to recover from Defendant, Bettie L. Bennett a/k/a Bettie Lee Bennett, the sum of $5,234.39, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

Done this the ___20th___ day of April, 1999.

*Sharon Lovelace Blackburn*
UNITED STATES DISTRICT JUDGE